HENRY F. PRZYBOROWSKI et al., Appellants, *v.* JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.

Argued March 15, 1948; decided April 22, 1948.

*Monroe I. Katcher, II,* and *Jerome S. Heller* for appellants.
*Henry V. Doell* and *Alvin McKinley Sylvester* for respondents.
Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.